No. 331. MILLER v. GILLIECE ET AL. C. A. 6th Cir. Certiorari denied. *Meyer Fix* for petitioner. *Henry Kaiser, Eugene Gressman* and *Wayland K. Sullivan* for the Brotherhood of Railroad Trainmen, and *Richard N. Clattenburg* for the Pennsylvania Railroad Co., respondents.

No. 709. GOODING AMUSEMENT CO., INC., ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *F. Cleveland Hedrick, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for respondent.

No. 714. WOOLFSON v. DOYLE, TRUSTEE, ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Thomas G. Meeker* and *David Ferber* for the Securities and Exchange Commission, and *William J. O'Shea* for Doyle, respondents.

No. 5, Misc. DAVIS v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied. Petitioner *pro se*. *Latham Castle,* Attorney General of Illinois, for respondent.

No. 11, Misc. DOPKOWSKI v. RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied. Petitioner *pro se*. *Latham Castle,* Attorney General of Illinois, for respondent.

No. 405, Misc. BURGETT v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Joseph A. Barry* for the United States.